```
STEPHANIE YONEKURA
Acting United States Attorney                    JS-6
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
     United States Courthouse
     312 North Spring Street, 14th Floor
     Los Angeles, California 90012
     Telephone:  (213) 894-5710
     Facsimile:  (213) 894-7177
     E-Mail:  Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>$796,075.58 IN BANK ACCOUNT FUNDS,<br><br>        Defendant.<br>_____<br>GOLDENVALE, INC.,<br><br>        Claimant.<br>_____ | No.: EDCV 07-01160-VAP(DTBx)<br><br>[PROPOSED]<br><br>**CONSENT JUDGMENT** |

Plaintiff United States of America and Claimant Goldenvale, Inc. have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all interests Goldenvale, Inc., may have had in the defendant, $796,075.58 in Bank Funds ("defendant bank funds").

The civil forfeiture action captioned above was commenced on September 12, 2007. Claimant Goldenvale, Inc., ("Claimant") filed a Verified Statement of Interest on October 5, 2007. No other claims or answers were filed, and time for filing claims and answers has expired.

Plaintiff and Claimant have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all claims concerning the defendant $796,075.58 in Bank Funds (Asset ID Nos. 07-ICE-000467, FP&F 2007-2705-000061-01 and 07-ICE-000457, FP&F 2007-2705-000061-02).

The Court has been duly advised of and has considered the matter. Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that $468,075.58 of the defendant bank funds shall be forfeited to the United States of America and no other right, title or interest shall exist therein. The sum of $328,000.00 (the remaining portion of the defendant bank funds), without interest, shall be returned to Claimant. For purposes of returning said funds, Claimant shall provide its taxpayer identification number to the government upon request, as well as the wire transfer information needed to make the payment electronically.

Claimant has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of United States Customs and Border Protection ("CBP") and Immigration and Customs Enforcement ("ICE"), from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the defendant bank funds

and/or this civil forfeiture action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Claimant against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.

The Court finds that there was reasonable cause for the seizure of the defendant asset and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant asset.

DATED: June 11, 2015

_____
UNITED STATES DISTRICT JUDGE

Presented by:

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


         /S/
_____
FRANK D. KORTUM
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

3